IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES BELLON, | ) | CIVIL ACTION NO. 3:15-cv-131 |
| | ) | |
| Petitioner, | ) | JUDGE KIM R. GIBSON |
| | ) | |
| v. | ) | |
| | ) | |
| TAMMY FERGUSON, | ) | |
| SUPERINTENDENT, S.C.I. BENNER | ) | |
| TOWNSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

This case was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72. The Magistrate Judge filed a Report and Recommendation on February 8, 2022, recommending that Petitioner Charles Bellon's ("Bellon") Rule 70 Motion for Enforcing the Judgment of Immediate Release at ECF No. 99 be denied. (ECF No. 110).

Bellon was notified that pursuant to 28 U.S.C. § 636(b)(1), he had fourteen days to file written objections to the Report and Recommendation. Bellon filed his written objections on March 17, 2022. (ECF No. 113).

After *de novo* review of the record, the Report and Recommendation, and the objections filed thereto, the Court finds that Plaintiff's objections are without merit.

Accordingly, the following order is entered:

AND NOW, this 21st day of March, 2022, it is **ORDERED** that Petitioner's Rule 70

Motion for Enforcing the Judgment of Immediate Release (ECF No. 99) is **DENIED**. The Report and Recommendation is adopted as the opinion of the Court.

Furthermore, the Report and Recommendation is amended to substitute "2021" in the place of "2020" in the case citation "2020 WL 688787." The citation shall now read "2021 WL 688787." The Clerk is to mark this case closed.

BY THE COURT:

_____
THE HONORABLE KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

Notice to by U.S. Mail to:

Charles Bellon, FN-8112
SCI Benner
301 Institution Drive
Bellefonte, PA 16823